**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHAWN BEACHLER | : |
| | : |
|    Plaintiff, | : |
| | : |
|      v. | : |
| | : Civil Action No. 1:17-CV-01994 - YK |
| CON-WAY FREIGHT, INC. ET AL.: | |
| | : *Electronically Filed* |
| | : |
|    Defendants | : |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED by and between the parties that the above

entitled action against the Defendants, individually and collectively, is dismissed

with prejudice, with each party to bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED,

FOR THE PLAINTIFF,

/s/ Lisa Matukaitis_____
Lisa Matukaitis, Esquire
PA Attorney I.D. No. 20246
P.O. Box 1260
Camp Hill, PA  17001-1260
(717) 412-7759
lm@matlawllc.com
*Attorney for Plaintiff*

/s/ Robert P. Floyd, III
Robert P. Floyd, III, Esq.
PA Bar No 73241
Constangy, Brooks, Smith & Prophete, LLP
rfloyd@constangy.com
12500 Fair Lakes Circle, Suite 300
Fairfax, VA 22033
Main: 571-522-6109

*Attorneys for Defendants*

*November 5, 2018*

**BY THE COURT:**

_____
KANE, J., U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the 5th day of November 2018 a true and correct copy of the Stipulation of Dismissal was served electronically on counsel for Defendants via ECF.

*Attorneys for Defendants*

Jena S. Cottreau, Esq., Partner
Constangy, Brooks, Smith & Prophete LLP
12500 Fair Lakes Circle
Suite 300
Fairfax, VA 22033-3804

_____
*s/Lisa Matukaitis*

Lisa Matukaitis, Esq.