# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAWN BEACHLER,** | : | |
| **Plaintiff** | : | No. 1:17-cv-01994 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **CON-WAY FREIGHT, INC., et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 7th day of November 2018, upon consideration of the parties' stipulation of dismissal (Doc. No. 23), **IT IS ORDERED THAT** the stipulation is **APPROVED**, and the above-captioned action shall remain **CLOSED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
